■ SHIRLEY DUNCAN et al., Appellants, v. CLIFFORD BUTLER et al., Respondents.— Motion by respondents to dismiss appeal from order of the County Court, Dutchess County, entered September 13, 1965. On the court's own motion, the motion and the appeal are transferred to the Appellate Term of the Supreme Court, Second Judicial Department. The appeal was erroneously taken to this court. The said Appellate Term is presently vested with the jurisdiction of such appeals from the County Court, Dutchess County (see N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d; order of this court No. 47, dated July 12, 1962, as amd.). Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.

■ AUDREY STAFFELDT, Respondent, v. HENRY STAFFELDT, Appellant.— Motion by respondent for leave to dispense with the printing of her brief, granted. Respondent is directed to file six copies of her typewritten brief and to serve one copy on the appellant. Motion by respondent for a counsel fee on the appeal, denied with leave to renew the application at the Special Term (Gutman v. Gutman, 24 A D 2d 758). Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GENE SMITH, Appellant.— On the court's own motion, Seymour Kreisel, Esq., 53 East 34th Street, New York, N. Y., is assigned as appellant's attorney (in place of Anthony F. Marra, Esq.), to prosecute the appeal. Appellant's time to perfect the appeal is further enlarged to the April Term, beginning March 28, 1966; appeal ordered on the calendar for said term. By a prior order, dated December 31, 1964, appellant was granted leave to prosecute the appeal on the original papers (including the typewritten minutes) and on a typewritten brief; and pursuant to statute (Code Crim. Pro., § 456), the clerk of the Trial Court was directed to furnish without charge to appellant's counsel a transcript of the stenographic minutes. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCISCO TORRES, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel on appeal from a judgment of the Supreme Court, Kings County, rendered November 30, 1965, granted. The appeal will be heard on the original papers (including the typewritten stenographic minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney of Kings County. Appellant's time to perfect the appeal is enlarged. Anthony F. Marra, Esq., 100 Centre Street, New York, N. Y., is assigned as counsel to prosecute the appeal. Pursuant to statute (Code Crim. Pro., § 456), the clerk of the trial court is directed to furnish without charge to appellant's counsel a transcript of the stenographic minutes. Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.